AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

NAJIBULLAH KHAIRUDDIN SHAMSUDDIN,

Petitioner

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-30

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 16, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is denied as moot, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: ______________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 21, 2026
Date

John E. Triplett, Clerk of Court
Clerk

Jamie Hodge
(By) Deputy Clerk